IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



SENORA SIMON, §
　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　§
VS. § NO. 4:07-CV-374-A
　　　　　　　　　　　　　　§
MICHAEL J. ASTRUE, §
COMMISSIONER OF SOCIAL §
SECURITY, §
　　　　　　　　　　　　　　§
　　　　Defendant. §

## O R D E R

　　Came on for consideration the above-captioned action wherein Senora Simon is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability insurance benefits under Title II and for supplemental security income benefits under Title XVI of the Social Security Act. On January 4, 2008, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation and granted the parties until January 25, 2008, to file and serve objections. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge.

The court ORDERS that, consistent with such findings, conclusions, and recommendation, this action be, and is hereby, remanded to the Commissioner for further proceedings.

SIGNED January 29, 2008.

JOHN MCBRYDE
United States District Judge